MN-305
(10/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

RECEIVED
10 AUG 16  AM 10: 14
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Ann Marie McNeil

Chapter 7 Case No. 09-47946

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| GE Money Bank dba American Eagle | 5 | | $4.10 |

Date: August 13, 2010

Trustee
Dwight R. J. Lindquist
1510 Rand Tower
Minneapolis, MN  55402
(612) 332-8871   #63538